# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2612

_____

United States of America,             *
                                       *

          Appellee,       *   Appeal from the United States
                                       *   District Court for the District
   v.                         *   of Minnesota.
                                       *

Gary Bernard Cain,           *       [UNPUBLISHED]
                                       *

          Appellant.     *

_____

Submitted: February 13, 2006
Filed: February 17, 2006

_____

Before WOLLMAN, FAGG, and ARNOLD, Circuit Judges.

_____

PER CURIAM.

Gary Bernard Cain pleaded guilty to three counts of bank robbery. At the plea hearing, Cain agreed he was a career offender based on his criminal history, and his resulting sentencing guidelines range was 168-210 months. After the district court rejected his objections to the presentence report at sentencing, Cain agreed the 168-210 range was correct. The district court* sentenced Cain at the bottom of the advisory guidelines range to 168 months in prison and three years of supervised release. Cain appeals arguing his post-<u>Booker</u> sentence is unreasonably long and the

_____

*The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.

district court failed to cite sentencing factors contained in 18 U.S.C. § 3553(a). Cain has not overcome the presumption that his sentence within the advisory guidelines range is reasonable. <u>See</u> <u>United States v. Lincoln</u>, 413 F.3d 716, 717-18 (8th Cir. 2005). The district court properly considered the guidelines range and applied the other factors in § 3553(a), including the nature, seriousness, and circumstances of the offense, Cain's criminal history and characteristics, and the need to promote respect for the law, provide just punishment, and deter criminal conduct. The district court was not required to enumerate each factor listed in § 3553(a). <u>United States v. Lamoreaux</u>, 422 F.3d 750, 756 (8th Cir. 2005). The court also stated reasons why the factors supported a sentence of 168 months.

Considering the record as a whole, we cannot say the district court imposed an unreasonable sentence. Accordingly, we affirm.

_____